UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CORVELLA DENESE
WILLIAMS-ROSIER,
    Plaintiff,

vs.                                    Case No.: 4:20cv480/WS/EMT

ANDREW SAUL, Commissioner of
the Social Security Administration,
    Defendant.
_____/

## **REPORT AND RECOMMENDATION**

Plaintiff, who is proceeding pro se, filed a complaint for judicial review of an adverse administrative decision of Defendant and a motion for leave to proceed in forma pauperis (IFP) (ECF Nos. 1, 6). On October 26, 2020, the undersigned entered an order granting Plaintiff leave to proceed IFP and finding that service of Plaintiff's complaint was appropriate (ECF No. 7). The undersigned directed the clerk of court to forward Plaintiff three summonses and blank USM 285 forms and advised Plaintiff to submit summonses and prepared USM 285 forms for Andrew Saul, Commissioner of Social Security; the United States Attorney for the Northern District of Florida; and the Attorney General of the United States, along with three services copies of the complaint, within twenty-one days of the date of the order (ECF No. 7 at 2).

After more than twenty-one days passed and Plaintiff had not complied with the order, the undersigned entered an order directing Plaintiff to show cause, within thirty days, why the case should not be dismissed for failure to comply with an order of the court (ECF No. 8). More than thirty days have passed, and Plaintiff has neither responded to the show cause order nor submitted the required documents.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 8th day of January 2021.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation. Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control. An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**

Case No.: 4:20cv480/WS/EMT