IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CORVELLA DENESE
WILLIAMS-ROSIER,

    Plaintiff,

v.                                             4:20cv480–WS/EMT

ANDREW SAUL, Commissioner of
the Social Security Administration,

    Defendant.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation (ECF No. 9) docketed January 8, 2021. The magistrate judge recommends that this case be dismissed without prejudice for failure to comply with a court order. Plaintiff has filed no objections to the report and recommendation.

    Upon review of the record, this court has determined that the report and recommendation should be adopted.

    Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 9) is adopted and incorporated by reference in this order of the court.

2. Plaintiff's complaint and this action are hereby DISMISSED without prejudice for failure to comply with a court order and for failure to prosecute the case.

3. The clerk is directed to enter judgment, stating: "All claims are dismissed without prejudice."

DONE AND ORDERED this ___8th___ day of ___February___, 2021.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE